# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2006

129484

VERNON BENJAMIN, as Personal
Representative of the Estate of Jean Carol
Benjamin, Deceased,
         Plaintiff-Appellee,

v

BOTSFORD GENERAL HOSPITAL,
and JOHN PARMELY, D.O.,
         Defendants-Appellants.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129484
COA: 262117
Oakland CC: 2002-044309-NH

_____/

      On order of the Court, the application for leave to appeal the June 20, 2005 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2006

_____
Clerk